# SEALED MATTER

| | |
|---|---|
| CASE NUMBER | 09-50026 |
| DEFENDANT NO. | |
| CASE TYPE | ___ CR   ___ CV   _x_ X |
| | ___ MW   ___ PO   ___ MJ |
| DISTRICT JUDGE | GERALD E. ROSEN |
| SIGNED BY JUDICIAL OFFICER | GERALD E. ROSEN |
| NEW CASE | _X_ YES   ___ NO |

# DOCUMENT PLACED IN VAULT
TIME STAMP IN THIS BLANK AREA



FILED
JAN 14 2009
CLERK'S OFFICE
U.S. DISTRICT
E...